ACCEPTED
15-25-00041-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/29/2025 2:25 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00041-CV

*In the Fifteenth Court of Appeals*
*Austin, Texas*

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/29/2025 2:25:45 PM
CHRISTOPHER A. PRINE
Clerk

APPRAISAL REVIEW BOARD OF
THE HARRIS COUNTY APPRAISAL DISTRICT,

*Appellant,*

v.

TEXAS WORKFORCE COMMISSION
and REDONA HALL,

*Appellees.*

On Appeal from the 270th District Court of
Harris County, Texas

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellant, Appraisal Review Board of the Harris County Appraisal District, respectfully requests the Court for a third extension of time for Appellant to file its brief. In support of this motion, Appellant would show the Court as follows:

1. The current due date for Appellant's Brief is August 29, 2025.

2.    Appellant requests a one business-day extension of time to file its brief, until and including September 2, 2025.

3.    This request for extension of time is necessitated by additional time needed to correct citations in the brief to the parties' agreed Recorder's Record, which will be filed contemporaneously with Appellant's brief.

4.    Appellee is unopposed to this request for an extension.

Accordingly, Appellant respectfully requests that the Court extend the time for Appellant to file its brief by one-business day, until and including September 2, 2025.

Respectfully submitted,

VIADA & STRAYER

By:  /s/ *RAMÓN G. VIADA III*
         Ramón G. Viada III
         State Bar No. 20559350
         rayviada@viadastrayer.com
         17 Swallow Tail Court
         The Woodlands, Texas 77381
         281-419-6338

COUNSEL FOR APPELLANT
APPRAISAL REVIEW BOARD OF THE
HARRIS CENTRAL APPRAISAL DISTRICT

2

## CERTIFICATE OF SERVICE

I certify that all counsel of record have been served a true and correct copy of this Brief by electronic submission for filing and service through the Texas Online EFiling for Courts on August 29, 2025.

/s/ *RAMÓN G. VIADA III*
Ramón G. Viada III

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Holloway on behalf of Ramon Viada
Bar No. 20559350
jholloway@viadastrayer.com
Envelope ID: 105033093
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion for Extension of Time to File Brief
Status as of 8/29/2025 2:33 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Holloway | | jholloway@viadastrayer.com | 8/29/2025 2:25:45 PM | SENT |
| Ramon G.Viada | | rayviada@viadastrayer.com | 8/29/2025 2:25:45 PM | SENT |
| William Cohen | 24082839 | Will.Cohen@oag.texas.gov | 8/29/2025 2:25:45 PM | SENT |
| Valerie Locher | | vlocher@viadastrayer.com | 8/29/2025 2:25:45 PM | SENT |